ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Case Healthcare Solutions, Inc. d/b/a Case | ) ASBCA No. 63051 |
| HCS of Reston, Virginia | ) |
| | ) |
| Under Contract No. W81K00-18-P-0639 | ) |

APPEARANCE FOR THE APPELLANT:      Jason Blindauer, Esq.
      Blindauer Law PLLC
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Dana J. Chase, Esq.
      Army Chief Trial Attorney
      MAJ Joshua B. Fix, JA
      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE STINSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $110,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 24, 2025

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____            _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals



I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63051, Appeal of Case
Healthcare Solutions, Inc. d/b/a Case HCS of Reston, Virginia, rendered in conformance
with the Board's Charter.

Dated:  June 25, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2